UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In re:

| | |
|---|---|
| John E. Kinney | Chapter 13 |
| Ponderosa A. Kinney | Case No. 15-55677 |
| | Honorable Walter Shapero |
| Debtors | |
| _____/ | |

## PROOF OF SERVICE

The undersigned states that on April 21, 2016 copies of **NOTICE OF APPEARANCE** were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Tammy L. Terry
535 Griswold
Suite 2100
Detroit, MI 48226

Brian J. Small
30150 Telegraph Rd.
Suite 444
Bingham Farms, MI 48025
bankruptcy@thavgross.com

| | |
|---|---|
| Date: April 21, 2016 | /s/ Bridgett Ferrell |
| | Bankruptcy Specialist |
| | Orlans Associates, P.C. |
| | Attorneys for Mortgage Center LC F/K/A |
| | Mortgage Center LLC |
| | P.O. Box 5041 |
| | Troy, MI 48007 |
| | (248) 502-1400 |
| | Email: hmcgivern@orlans.com |
| | File Number: 16-004410 |